UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ODIS JONES, JR., #1384596,  *Plaintiff,*  v.  JUDGE BRETT HALL, et al.,  *Defendants.* | § § § § § § § § § § § Civil Action No. 3:25-CV-0647-X-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 9). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Odis Jones, Jr. filed a motion to amend his complaint (Doc. 10). The Magistrate Judge found that any amendment would be futile. Jones's motion does not provide any proposed amendment that could cure the defects. The motion to amend is **DENIED.**

1

**IT IS SO ORDERED** this 5th day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE